# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Ziad Farhan § Case No. 14-30180
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/17/2014. The undersigned trustee was appointed on 08/17/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 408,195.20 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 36,974.00 |
| Bank service fees | | 399.17 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 370,822.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/09/2015 and the deadline for filing governmental claims was 10/09/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 23,659.76. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 23,659.76, for a total compensation of $ 23,659.76 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 27.22, for total expenses of $ 27.22 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/29/2018          By: /s/STEVEN R. RADTKE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-30180 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Ziad Farhan | | | | Date Filed (f) or Converted (c): | 08/17/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/06/2014 |
| For Period Ending: | 01/29/2018 | | | | Claims Bar Date: | 10/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence - Single Family Home 5364 N. Mont Clare, C | 220,000.00 | 0.00 | | 0.00 | FA |
| 2. U.S. Currency | 0.00 | 0.00 | | 0.00 | FA |
| 3. Living furniture consisting of couch, love seat, chair, end | 750.00 | 750.00 | | 0.00 | FA |
| 4. Miscellaneous used clothing | 250.00 | 250.00 | | 0.00 | FA |
| 5. One wedding ring | 250.00 | 250.00 | | 0.00 | FA |
| 6. 2013 Jeep Grand Cherokee with 18,000 miles | 20,566.00 | 20,566.00 | | 0.00 | FA |
| 7. Mecury Villager mini van with 220,000 miles with minor cosme | 599.00 | 599.00 | | 0.00 | FA |
| 8. Undivided one-half interest in 2700 W. Division St., Chicago (u) | 0.00 | 0.00 | | 208,195.20 | FA |
| 9. Undivided one-half interest in 2549-2559 W. Division St., Ch (u) | 200,000.00 | 200,000.00 | | 200,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $442,415.00 | $222,415.00 | | $408,195.20 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

12/2017 Settlement of dispute re one-half interest in 2459-2559 W. Division Street; Trustee received $200,000 and deposited same

9/2017  Sale of 2700 W. Division closed; Trustee received one-half of net proceeds and deposited same in the amount of $208,195.20

6/2017 Circulating partial settlement agreement and motion to modify stay to permit sale of 2700 W. Division

2/2017 Motion withdrawn; next status hearing on adversary complaint set for 5/31/17

8/2016 Motion for relief from stay filed by First Midwest Bank

6/2016  Case has been continued while Debtor attempts to obtain funds for agreed upon settlement

4/6/16 - Certain Defendants agreed to settle by paying the Trustee $700,000 for his right, title and interest in two commercial properties; Defendants have not funded the settlement to date and the notice to approve the settlement has not yet been submitted to the Court but not approved by Court order- status hrg 5/23/16

3/1/16 Settlement negotiations ongoing

2/3/16 Status hearing on complaint in adversary case continued several times; next hearing set for 2/10/16

8/2015 Status hearing on complaint continued to 9/23/15

Investigating possible interest in several parcels of commercial and residential real estate (Filed initial report of assets on 7/8/15; filed adversary complaint for turnover of property of estate and avoidance of fraudulent transfer on 7/10/15)

Evaluating avoidance action and recovery of assets


Initial Projected Date of Final Report (TFR): 06/30/2017          Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-30180 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Ziad Farhan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6404 |
| | Checking |
| Taxpayer ID No: XX-XXX8930 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/29/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/17 | 8 | Chicago Title and Trust Company | Partial Settlement of Fraudulent Conveyance Claim | 1249-000 | $208,195.20 | | $208,195.20 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.84 | $208,105.36 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $309.33 | $207,796.03 |
| 11/17/17 | 9 | Amir Darwish | Settlement proceeds (final) | 1249-000 | $200,000.00 | | $407,796.03 |
| 01/15/18 | 1001 | United States Treasury Department of the Treasury Internal Revenue Service Center Kansas City, MO 64999-0148 | FEIN 82-6578930; 2017 Form 1041 | 2810-000 | | $29,146.00 | $378,650.03 |
| 01/15/18 | 1002 | Illinois Department of Revenue PO Box 19053 Springfield, IL 62794-9053 | FEIN 82-6578930; 2017 IL-1041 | 2820-000 | | $7,828.00 | $370,822.03 |

| | | |
|---|---|---|
| COLUMN TOTALS | $408,195.20 | $37,373.17 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $408,195.20 | $37,373.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $408,195.20 | $37,373.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $408,195.20     $37,373.17

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6404 - Checking | $408,195.20 | $37,373.17 | $370,822.03 |
|  | $408,195.20 | $37,373.17 | $370,822.03 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $408,195.20 |
| Total Gross Receipts: | $408,195.20 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 14-30180  
Debtor Name: Ziad Farhan  
Claims Bar Date: 10/9/2015  

Date: January 29, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $23,659.76 | $23,659.76 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $27.22 | $27.22 |
| 100 2700 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $93,037.50 | $93,037.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $1,698.99 | $1,698.99 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Administrative | | $0.00 | $2,728.50 | $2,728.50 |
| 1 300 7100 | Summitbridge Credit Investments, Llc<br>C/O Fred R. Harbecke<br>29 S. Lasalle, Suite 945<br>Chicago, Il 60603 | Unsecured | | $0.00 | $1,350,511.16 | $1,350,511.16 |
| 2 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $455.18 | $455.18 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-30180  
Debtor Name: Ziad Farhan  
Claims Bar Date: 10/9/2015  
Date: January 29, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $461.51 | $461.51 |
| 4<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $442.11 | $442.11 |
| 5<br>300<br>7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $2,272.45 | $2,272.45 |
| | Case Totals | | | $0.00 | $1,475,644.38 | $1,475,644.38 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-30180
Case Name: Ziad Farhan
Trustee Name: STEVEN R. RADTKE

| | Balance on hand | $ | 370,822.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 23,659.76 | $ 0.00 | $ 23,659.76 |
| Trustee Expenses: STEVEN R. RADTKE | $ 27.22 | $ 0.00 | $ 27.22 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 93,037.50 | $ 0.00 | $ 93,037.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 1,698.99 | $ 0.00 | $ 1,698.99 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 2,728.50 | $ 0.00 | $ 2,728.50 |
| Charges: U. S. Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |

| | Total to be paid for chapter 7 administrative expenses | $ 121,501.97 |
| | Remaining Balance | $ 249,320.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,354,142.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Summitbridge Credit Investments, Llc | $ 1,350,511.16 | $ 0.00 | $ 248,651.49 |
| 2 | Capital One Bank (Usa), N.A. | $ 455.18 | $ 0.00 | $ 83.81 |
| 3 | Capital Recovery V, Llc | $ 461.51 | $ 0.00 | $ 84.97 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 442.11 | $ 0.00 | $ 81.40 |
| 5 | Quantum3 Group Llc As Agent For | $ 2,272.45 | $ 0.00 | $ 418.39 |
| | Total to be paid to timely general unsecured creditors | | | $ 249,320.06 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE