UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-30180 |
| | ) | |
| ZIAD FARHAN, | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **March 5, 2018**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

FarhanNFRCrtSrv

# SERVICE LIST
## ZIAD FARHAN, DEBTOR
### CASE NO. 14-30180

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Ziad Farhan
5364 N. Mont Clare
Chicago, IL 60656

SummitBridge Credit Investments, LLC
c/o Fred R. Harbecke
53 West Jackson Boulevard, Suite 1510
Chicago, IL 60604

CAPITAL ONE BANK (USA), N.A.
By American InfoSource, LP, As Agent
P.O. Box 71083
Charlotte, NC  28272-1083

CAPITAL RECOVERY V, LLC
c/o Recovery Management Systems
 Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131-1605

PYOD, LLC, Its Successors and Assigns
 As Assignee of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC  29602

QUANTUM3 GROUP LLC, As agent for
 Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

FarhanTFRSrvList

1