# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Ziad Farhan § | Case No. 14-30180 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 240,566.00                     Assets Exempt: 1,849.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  249,320.06    Claims Discharged
                                                 Without Payment:  2,691,030.35

Total Expenses of Administration:  158,875.14

---

3) Total gross receipts of $ 408,195.20  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 408,195.20  from the liquidation of the property of the estate, which was distributed as follows:

Case 14-30180   Doc 108   Filed 07/02/18   Entered 07/02/18 15:01:30   Desc Main
Document      Page 2 of 13

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 240,566.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 158,875.14 | 158,875.14 | 158,875.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,345,642.00 | 1,354,142.41 | 1,354,142.41 | 249,320.06 |
| **TOTAL DISBURSEMENTS** | $ 1,586,208.00 | $ 1,513,017.55 | $ 1,513,017.55 | $ 408,195.20 |

4) This case was originally filed under chapter 7 on 08/17/2014 . The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/28/2018            By:/s/STEVEN R. RADTKE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undivided one-half interest in 2549-2559 W. Division St., Ch | 1249-000 | 200,000.00 |
| Undivided one-half interest in 2700 W. Division St., Chicago | 1249-000 | 208,195.20 |
| **TOTAL GROSS RECEIPTS** | | **$408,195.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMW Financial Services Regional Service Center PO Box 3608 Dublin, OH 43016-0306 | | 20,566.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial Bank 7000 County Line Road Burr Ridge, IL 60521 | | 220,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 240,566.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 23,659.76 | 23,659.76 | 23,659.76 |
| STEVEN R. RADTKE | 2200-000 | NA | 27.22 | 27.22 | 27.22 |
| Associated Bank | 2600-000 | NA | 399.17 | 399.17 | 399.17 |
| U. S. Bankruptcy Court Clerk | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| United States Treasury | 2810-000 | NA | 29,146.00 | 29,146.00 | 29,146.00 |
| Illinois Department of Revenue | 2820-000 | NA | 7,828.00 | 7,828.00 | 7,828.00 |
| STEVEN R. RADTKE | 3110-000 | NA | 93,037.50 | 93,037.50 | 93,037.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 1,698.99 | 1,698.99 | 1,698.99 |
| Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | 2,728.50 | 2,728.50 | 2,728.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 158,875.14 | $ 158,875.14 | $ 158,875.14 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 20,642.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | SummitBridge Credit Investments, LLC, as assignee of interest in and to certain mortgage loan documents from MB Financial Bank Wells Fargo Center 1700 Lincoln Center, Suite 2150 Denver, CO 80203 |  | 1,325,000.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 455.18 | 455.18 | 83.81 |
| 3 | Capital Recovery V, Llc | 7100-000 | NA | 461.51 | 461.51 | 84.97 |
| 1a | Kenneth Donkel LLC | 7100-000 | NA | 450,170.39 | 450,170.39 | 82,883.83 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 442.11 | 442.11 | 81.40 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 2,272.45 | 2,272.45 | 418.39 |
| 1b | SIM Tail LLC | 7100-000 | NA | 900,340.77 | 900,340.77 | 165,767.66 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $ 1,345,642.00 | $ 1,354,142.41 | $ 1,354,142.41 | $ 249,320.06 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-30180 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Ziad Farhan | | | | Date Filed (f) or Converted (c): | 08/17/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/06/2014 |
| For Period Ending: | 06/28/2018 | | | | Claims Bar Date: | 10/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence - Single Family Home 5364 N. Mont Clare, C | 220,000.00 | 0.00 | | 0.00 | FA |
| 2. U.S. Currency | 0.00 | 0.00 | | 0.00 | FA |
| 3. Living furniture consisting of couch, love seat, chair, end | 750.00 | 750.00 | | 0.00 | FA |
| 4. Miscellaneous used clothing | 250.00 | 250.00 | | 0.00 | FA |
| 5. One wedding ring | 250.00 | 250.00 | | 0.00 | FA |
| 6. 2013 Jeep Grand Cherokee with 18,000 miles | 20,566.00 | 20,566.00 | | 0.00 | FA |
| 7. Mecury Villager mini van with 220,000 miles with minor cosme | 599.00 | 599.00 | | 0.00 | FA |
| 8. Undivided one-half interest in 2700 W. Division St., Chicago (u) | 0.00 | 0.00 | | 208,195.20 | FA |
| 9. Undivided one-half interest in 2549-2559 W. Division St., Ch (u) | 200,000.00 | 200,000.00 | | 200,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $442,415.00 | $222,415.00 | | $408,195.20 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

6/2018 TDR sent to UST for approval

4/2018 TFR and fee petitions approved; distribution to creditors made; waiting for checks to clear to file TDR

3/2018 Trustee's Final Report filed

12/2017 Settlement of dispute re one-half interest in 2459-2559 W. Division Street; Trustee received $200,000 and deposited same

9/2017 Sale of 2700 W. Division closed; Trustee received one-half of net proceeds and deposited same in the amount of $208,195.20

6/2017 Circulating partial settlement agreement and motion to modify stay to permit sale of 2700 W. Division

2/2017 Motion withdrawn; next status hearing on adversary complaint set for 5/31/17

8/2016 Motion for relief from stay filed by First Midwest Bank

6/2016 Case has been continued while Debtor attempts to obtain funds for agreed upon settlement

4/6/16 - Certain Defendants agreed to settle by paying the Trustee $700,000 for his right, title and interest in two commercial properties; Defendants have not funded the settlement to date and the notice to approve the settlement has not yet been submitted to the Court but not approved by Court order- status hrg 5/23/16

3/1/16 Settlement negotiations ongoing

2/3/16 Status hearing on complaint in adversary case continued several times; next hearing set for 2/10/16

8/2015 Status hearing on complaint continued to 9/23/15

Investigating possible interest in several parcels of commercial and residential real estate (Filed initial report of assets on 7/8/15; filed adversary complaint for turnover of property of estate and avoidance of fraudulent transfer on 7/10/15)

Evaluating avoidance action and recovery of assets


Initial Projected Date of Final Report (TFR): 06/30/2017     Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-30180 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Ziad Farhan | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX6404 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX8930 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/28/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/17 | 8 | Chicago Title and Trust Company | Partial Settlement of Fraudulent Conveyance Claim | 1249-000 | $208,195.20 |  | $208,195.20 |
| 10/06/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $89.84 | $208,105.36 |
| 11/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $309.33 | $207,796.03 |
| 11/17/17 | 9 | Amir Darwish | Settlement proceeds (final) | 1249-000 | $200,000.00 |  | $407,796.03 |
| 01/15/18 | 1001 | United States Treasury Department of the Treasury Internal Revenue Service Center Kansas City, MO 64999-0148 | FEIN 82-6578930; 2017 Form 1041 | 2810-000 |  | $29,146.00 | $378,650.03 |
| 01/15/18 | 1002 | Illinois Department of Revenue PO Box 19053 Springfield, IL 62794-9053 | FEIN 82-6578930; 2017 IL-1041 | 2820-000 |  | $7,828.00 | $370,822.03 |
| 04/13/18 | 1003 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 |  | $23,659.76 | $347,162.27 |
| 04/13/18 | 1004 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 |  | $27.22 | $347,135.05 |
| 04/13/18 | 1005 | U. S. Bankruptcy Court Clerk Dirksen Federal Building 219 S. Dearborn Street Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 |  | $350.00 | $346,785.05 |

Page Subtotals: $408,195.20   $61,410.15

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-30180 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Ziad Farhan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6404 |
| | Checking |
| Taxpayer ID No: XX-XXX8930 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/28/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/18 | 1006 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $93,037.50 | $253,747.55 |
| 04/13/18 | 1007 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $1,698.99 | $252,048.56 |
| 04/13/18 | 1008 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,728.50 | $249,320.06 |
| 04/13/18 | 1009 | Summitbridge Credit Investments, Llc<br>C/O Fred R. Harbecke<br>29 S. Lasalle, Suite 945<br>Chicago, Il 60603 | Final distribution to claim 1 representing a payment of 18.41 % per court order. | 7100-000 | | $248,651.49 | $668.57 |
| 04/13/18 | 1010 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 18.41 % per court order. | 7100-000 | | $83.81 | $584.76 |
| 04/13/18 | 1011 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 3 representing a payment of 18.41 % per court order. | 7100-000 | | $84.97 | $499.79 |
| 04/13/18 | 1012 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 18.41 % per court order. | 7100-000 | | $81.40 | $418.39 |
| 04/13/18 | 1013 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 5 representing a payment of 18.41 % per court order. | 7100-000 | | $418.39 | $0.00 |
| | | | Page Subtotals: | | $0.00 | $346,785.05 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-30180 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | Ziad Farhan | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6404 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8930 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/28/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/18 | 1009 | Summitbridge Credit Investments, Llc C/O Fred R. Harbecke 29 S. Lasalle, Suite 945 Chicago, Il 60603 | Final distribution to claim 1 representing a payment of 18.41 % per court order. Reversal After the TFR was filed, Summitbridge Credit Investments LLC transferred its claim as follows: 1/3 to Kenneth Donkel LLC and 2/3 to SIM Tail LLC. Therefore, Check #1009 was voided and two checks were issued in the amounts of $82,883.83 to Kenneth Donkel LLC and $165,767.66 to SIM Tail LLC. | 7100-000 | | ($248,651.49) | $248,651.49 |
| 04/24/18 | 1014 | Kenneth Donkel LLC c/o Kenneth Donkel 7220 W. 194th Street Tinley Park, IL 60487 | Final distribution to claim 1 representing a payment of 18.41 % per court order. | 7100-000 | | $82,883.83 | $165,767.66 |
| 04/24/18 | 1015 | SIM Tail LLC c/o Kenneth Donkel 7220 W. 194th Street Tinley Park, IL 60487 | Final distribution to claim 1 representing a payment of 18.41 % per court order. | 7100-000 | | $165,767.66 | $0.00 |
| 06/19/18 | 1012 | Pyod, Llc Its Successors And Assigns As Assignee Of Fnbm, Llc Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 18.41 % per court order. Reversal Check 1012 returned by creditor; unable to process. Therefore, voided Check No. 1012 and issued new check. | 7100-000 | | ($81.40) | $81.40 |
| 06/20/18 | 1016 | Pyod, LLC its Successors and Assigns as Assignee of FNBM, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Final distribution to claim 4 representing a payment of 18.41 % per court order | 7100-000 | | $81.40 | $0.00 |
| | | | COLUMN TOTALS | | $408,195.20 | $408,195.20 | |
| | | | Page Subtotals: | | $0.00 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $408,195.20 | $408,195.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $408,195.20 | $408,195.20 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6404 - Checking | $408,195.20 | $408,195.20 | $0.00 |
|  | $408,195.20 | $408,195.20 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $408,195.20 |
| Total Gross Receipts: | $408,195.20 |

Page Subtotals:    $0.00    $0.00